Bruce G. Chapman (State Bar No. 164,258)
bchapman@cblh.com
Keith D. Fraser (State Bar No. 216,279)
kfraser@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
333 S. Grand Ave., Suite 2300
Los Angeles, California 90071
Tel: (213) 787-2500
Fax: (213) 687-0498

Attorneys for Plaintiffs,
MANUKAMED LTD., a New Zealand limited
liability company, and MANUKA MEDICAL
LTD., a U.K. limited liability company



IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUKAMED LTD., a New Zealand limited liability company, and MANUKA MEDICAL LTD., a U.K. limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>LINKS MEDICAL PRODUCTS INC., a California corporation,<br><br>Defendant. | Civil Action No. SACV11-00871 DOC MLG<br><br>[~~PROPOSED~~] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION AND PRODUCT RECALL SHOULD NOT ISSUE |



[~~PROPOSED~~] TEMPORARY RESTRAINING
ORDER & ORDER TO SHOW CAUSE
4344543_1

Before this Court is the *Ex Parte* Application for Entry of a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction and Product Recall Order Should Not Issue filed by Plaintiffs ManukaMed Ltd. and Manuka Medical Ltd.

The Court, having reviewed the moving papers, declarations, and exhibits filed in support of the application, hereby finds:

A. Defendant had adequate notice of Plaintiffs' *Ex Parte* Application and has been given adequate time to respond;

B. Plaintiffs have met their burden of demonstrating the likelihood of success on the merits of its trademark and counterfeiting claims;

C. Plaintiffs have met their burden of demonstrating that the balance of hardships tips in its favor; and

D. The public interest favors granting a preliminary injunction in favor of Plaintiffs and against Defendant.

THEREFORE, IT IS HEREBY ORDERED that the Plaintiffs' *Ex Parte* Application is GRANTED according to the terms below:

IT IS HEREBY ORDERED that Defendant, its officers, agents, servants and employees and any persons acting in concert or participation with them are enjoined and restrained from directly or indirectly transferring, distributing, advertising, displaying, selling, or offering for sale any MANUKAshield product;

IT IS FRUTHER ORDERED that in accordance with Federal Rule of Civil Procedure 65(c), the issuance of this Order shall be conditioned upon Plaintiffs posting of a bond in the amount of _____ by _____.

///

///

[PROPOSED] TEMPORARY RESTRAINING 2
ORDER & ORDER TO SHOW CAUSE
4344543_1

# ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE AND ORDER OF NOTICE

IT IS FURTHER ORDERED that Defendant shall show cause, unless Defendant waives the right to do so, before this Court on ~~June~~ July 18, 2011, at 8:30 _.m. or at such other time as this Court deems appropriate; why an order should not issue pursuant to Fed. R. Civ. P. 65(a), granting the preliminary injunctive relief, as follows:

1. Restraining Defendant and each of its respective officers, directors, employees, agents, subsidiaries, distributors and all persons in active concert or participation with Defendants from engaging in the activities that are the subject of the above Temporary Restraining Order; and

2. Order Defendant Links Medical Products Inc. to recall all MANUKAshield products that it has sold or distributed and to turn over the recalled products and any MANUKAshield product in inventory to the Court for impoundment at Defendant's expense.

Any response or opposition to this Order to Show Cause must be filed and served on Plaintiffs' counsel no later than June 21, 2011. Plaintiff may file a Reply on or before June 28, 2011.

The above dates may be revised upon stipulation by all parties and approval of this Court. Defendant is hereby on notice that failure to appear at the show cause hearing may result in the imposition of a preliminary injunction and product recall order pursuant to Fed. R. Civ. P. 65. ~~The matter will be~~ /AVS/

[~~PROPOSED~~] TEMPORARY RESTRAINING ORDER & ORDER TO SHOW CAUSE
4344543_1

3

1  ~~taken under submission. The parties need not appear. The Court will issue its~~
2  ~~ruling upon consideration of all timely-filed briefs.~~

IT IS SO ORDERED.

DATED: 6.14.11

*James V. Selna*
for DAVID O. CARTER
United States District Court Judge

Prepared and submitted by:

CONNOLLY BOVE LODGE & HUTZ LLP

By: _____
Bruce G. Chapman
Attorneys for Plaintiffs MANUKAMED LTD.,
a New Zealand limited liability company and
MANUKA MEDICAL LTD., a U.K. limited
liability company