JS-6

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUKAMED LTD., a New Zealand limited liability company, and MANUKA MEDICAL LTD., a U.K. limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>LINKS MEDICAL PRODUCTS INC., a California corporation,<br><br>Defendant. | Case No. SACV 11-00871 DOC (MLGx)<br><br>**JUDGMENT** |

JUDGMENT

Judgment is hereby entered in favor of Plaintiffs and against Defendant Links Medical Products, Inc. ("Links") pursuant to Rule 68 of the Federal Rules of Civil Procedure in amount of $10,001.00, which is the total amount that Links shall be obligated to pay on account of any liability claimed in the above-captioned action, and which shall include any liability for costs of suit, experts' fees, attorneys' fees and interest.

Links is also permanently enjoined as follows:

(1) Links, its officers, agents, servants and employees and any persons acting in concert or participation with them are enjoined and restrained from directly or indirectly transferring, distributing, advertising, displaying, selling, or offering for sale the hydrocolloid bandage that is the subject of this action called MANUKAShield ("MANUKAShield") if branded with the MANUKAMED mark; and

(2) Links is ordered to recall all MANUKAShield that it has sold or distributed, to the extent it has not already done so, and to destroy the recalled MANUKAShield and any MANUKAShield in inventory within 30 days of entry of Judgment

Dated: April 19, 2012

_David O. Carter_
Honorable David O. Carter
United States District Court Judge

Prepared and submitted by:

CONNOLLY BOVE LODGE & HUTZ LLP

By:   */s/ Bruce G. Chapman*
      Bruce G. Chapman
Attorneys for Plaintiffs MANUKAMED LTD.,
a New Zealand limited liability company and
MANUKA MEDICAL LTD., a U.K. limited liability company

3

JUDGMENT
4734689_1